AH5064

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>_____X<br>In Re:<br><br>EUGENE R. HARRINGTON<br><br><br>                    Debtor.<br>_____X<br>EUGENE R. HARRINGTON<br><br><br>                    Plaintiff,<br><br>   -against-<br><br><br>WELLS FARGO BANK, NA<br><br>                    Defendant.<br>_____X | **Return Date: May 21, 2009 @ 2:30 P.M.**<br>CHAPTER 13<br><br>Case No: 09-40233-cec<br><br><br><br><br>**NOTICE OF MOTION**<br><br>Adv. No.  1-09-01200-cec<br><br>Case Assigned to:<br>Hon. CARLA E. CRAIG |

**S I R S :**

      **PLEASE TAKE NOTICE**, that upon the annexed affirmation of Anayancy Housman,

Esq. a motion will be made to a term of this Court for an Order relieving Anayancy Housman, as

the attorney for the debtor, pursuant to Section 327 of the Bankruptcy Code, because of  lack of

cooperation on the part of the debtor, together with such other and further relief as this Court

deems just, proper and equitable.

      **DATE & TIME: May 21, 2009 at 2:30 p.m.**

      **BANKRUPTCY JUDGE: Hon. Carla E. Craig, Chief Judge**

      **COURTHOUSE: 271 Cadman Plaza East, Suite 3529, Brooklyn, New York**

Dated: Elizabeth, New Jersey

    May 11, 2009                                        <u>s/ Anayancy Housman</u>

                                                                 Anayancy Housman (AH 5064)
                                                                 Attorney for Debtor
                                                                 453 Westminster Avenue
                                                                 Elizabeth, NJ 07208
                                                                 (908) 527-8622

TO:    Office of the U.S. Trustee
         Michael Macco, Chapter 13 Trustee
         Wells Fargo Bank, NA
         Steven J. Baum, P.C.
         New York City Water Board
         All Creditors of the Debtor
         Eugene Harrington, Debtor

:

Ah5064

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X     CHAPTER 13
In Re:

EUGENE R. HARRINGTON                        Case No: 09-40233-cec


                        Debtor.
_____X
EUGENE R. HARRINGTON
                                            **AFFIRMATION OF**
                                            **ANAYANCY HOUSMAN, ESQ.**

            Plaintiff,                      Adv. No.  1-09-01200-cec

    -against-                               Case Assigned to:
                                            Hon. CARLA E. CRAIG


WELLS FARGO BANK, NA

                        Defendant.
_____X

ANAYANCY HOUSMAN, an attorney duly admitted to practice before this Court affirms under the penalty of perjury as follows:

1. I am the attorney for Eugene Harrington, the debtor herein, and submit this affirmation in support of the motion for an Order pursuant to Section 327 of the code relieving me as attorney for the debtor, together with such other, further and different relief as this Court deems just, proper and equitable.

2. On February 24, 2009 I commenced this case on behalf of the debtor and as such am the attorney of record.

3. On or about March 19, 2009 and continuing to the present time, the debtor has continuously been unresponsive to my requests for documents and unresponsive to my

telephone calls and text messages. I cannot continue to adequately represent Mr. Harrington as he fails to cooperate in the preparation of his case.

4. For the reasons stated above, I cannot continue to represent Mr. Harrington.

WHEREFORE, your affirmant, respectfully requests this Court enter an Order pursuant to Section 327 of the Bankruptcy Code relieving me as attorney for the debtor, together with such other and further and different relief as this Court deems just, proper and equitable.

DATED:   Elizabeth, New Jersey
         May 11, 2009

_____/s/\_Anayancy Housman_____
ANAYANCY HOUSMAN, ESQ (AH5064)
Attorney for the Debtor
Law Offices of Anayancy Housman, Esq
453 Westminster Avenue
Elizabeth, New Jersey 07208
(908) 527-8622

Ah5064

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X          CHAPTER 13
In Re:

EUGENE R. HARRINGTON                              Case No: 09-40233-cec


                                Debtor.
_____X
EUGENE R. HARRINGTON

                                                  **ORDER**

                          Plaintiff,          Adv. No.  1-09-01200-cec

    -against-                                    Case Assigned to:
                                                 Hon. CARLA E. CRAIG

WELLS FARGO BANK, NA

                           Defendant.
_____X

       APPLICATION HAVING BEEN MADE, to this Court by Anayancy Housman, attorney for Eugene Harrington, for an Order pursuant to Section 327 of the Bankruptcy Code relieving Anayancy Housman as attorney for the debtor in connection with this Chapter 13 proceeding and due notice of said application having been provided to the Office of the United States Trustee, Michael Macco, Chapter 13 Trustee, Wells Fargo Bank, NA, Steven J. Baum, P.C., New York City Water Board, the debtor and all creditors of the debtor, and the matter having come on to be regularly heard before this Court on May 21, 2009 and Anayancy Housman, having appeared in support of the application and Eugene Harrington, debtor appearing in opposition, and the Court having hear oral argument, and after due consideration and for cause, it is hereby

ORDERED, that Anayancy Housman, be and hereby is, relieved as attorney for the debtor in connection with this pending Chapter 13 proceeding and in connection with this pending Adversarial Proceeding.

Dated: Brooklyn, New York

, 2009

_____
HON. CARLA E. CRAIG
U.S. BANKRUPTCY CHIEF JUDGE

Ah5064

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X          CHAPTER 13
In Re:

EUGENE R. HARRINGTON                              Case No: 09-40233-cec


                       Debtor.
_____X
EUGENE R. HARRINGTON
                                                  **AFFIDAVIT OF SERVICE**


                       Plaintiff,                 Adv. No.  1-09-01200-cec

    -against-


WELLS FARGO BANK, NA

                       Defendant.
_____X


      I, Anayancy Housman, hereby certify as follows:

1. I am not a party to this action, am over 18 years of age and reside at Staten Island, New York.

2. On May 8, 2009, I served a true copy of the annexed copy of the **Notice of Motion, Affirmation of Anayancy Housman, Esq. and Proposed Order** by depositing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees indicated below:

- Office of the U.S. Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201

- Michael Macco, Esq. Chapter 13 Trustee, 134 Pinelawn Road, Suite 102 south, Melville, NY 11747

- Steven J. Baum, P.C. Attorneys for Wells Fargo Bank, NA, P. O. Box 1291, Amherst, New York 14240-1291

- Wells Fargo Bank, NA, 3476 Stateview Boulevard, Fort Mill, SC 29715-7200

- NYC Water Board, Dept. of Environmental Protection, 59-17 Junction Blvd., Bankrtupcy Unit 13th Floor, Flushing, NY 11373-5108

- Eugene Harrington, 57 Hales Avenue, Staten Island, NY 10312

- All Creditors of Debtor – See attached list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  May 11, 2009         \_\_s/Anayancy Housman (AH5064)\_\_\_\_

ANAYANCY HOUSMAN

Attorney at Law

CREDITORS OF EUGENE HARRINGTON:

AFFINITY FCU
73 Mounth View B
Basking Ridge, NJ 07920

Direct TV P. O. Box 6550
P. O. Box 6550
Englewood, CD 80155

Emer Med. Serv. Of SI PC
1 Edgewater Plaza 6th Fl
Des Moines, IA 50306-3411

Home Eq Servicing
1100 corporate Ctr Dr.
Raleigh, NC 27607

MCS Claim Servicing
123 Frost Street Suite 150
Westbury, NY 08723

National Grid
2031 Forest Avenue
Staten Island, NY 10303

NCO Financial Systems
2 Huntington Quadrangle
Melville, NY 11747

NYC Water Board
P. O. Box 410 Church
Church St. Stat.
New York, NY 10008-0410

NYU Dept. of Radiology
P. O. Box 3287
Boston MA 02241-3286

Staten Island Univ. Hospital
100 Seaview Ave
Staten Island, NY 10306

Wells Fargo Home Mort
P. O. Box 14411
Des Moines, IA 50306-3411